## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 4th day of August, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manners indicated.

### VIA U.S. MAIL

Greta A. McMorris
Attorney at Law
Stinson Morrison Hecker LLP
1201 Walnut Street, Suite 2700
Kansas City, Missouri 64106

                                                  Mary E. Augustine, Esq. (No. 4477)

596663v1